IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, JOHN DOE, and JACK DOE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 3:15-cv-463 |
| CONCORD COMMUNITY SCHOOLS, | ) ) ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for the plaintiffs.

October 7, 2015

/s/ Gavin M. Rose
Gavin M. Rose
No. 26565-53
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059  ext. 106
fax: 317/635-4105
grose@aclu-in.org

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically on this 7th day of October, 2015.  Parties may access this document through the Court's electronic system.  This document was also served on the following parties by first-class U.S. mail, postage pre-paid, on this 7th day of October, 2015.

Concord Community Schools
c/o Superintendent
59040 Minuteman Way
Elkhart, IN  46517

Warrick & Boyn, LLP
121 W. Franklin St., Ste. 400
Elkhart, IN  46516

*/s/ Gavin M. Rose*
Gavin M. Rose
Attorney at Law