IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, JOHN DOE, and JACK DOE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:15-cv-463 |
| CONCORD COMMUNITY SCHOOLS, | ) ) ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Plaintiff Freedom From Religion Foundation ("FFRF"), by its counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure respectfully files its Corporate Disclosure Statement in this cause:

FFRF has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

**WHEREFORE,** FFRF files its Corporate Disclosure Statement in this cause, and requests all proper relief.

*/s/ Gavin M. Rose*
Gavin M. Rose,
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org

Sam Grover
*Motion for admission pro hac vice to be filed*
Ryan Jayne
*Motion for admission pro hac vice to be filed*
FREEDOM FROM RELIGION FOUNDATION
P.O. Box 750
Madison, WI  53701
608/256-8900
fax: 608/204-0422
sgrover@ffrf.org
rjayne@ffrf.org

Daniel Mach
*Motion for admission pro hac vice to be filed*
Heather L. Weaver
*Motion for admission pro hac vice to be filed*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W., Ste. 600
Washington, D.C. 20005
202/675-2330
fax: 202/546-0738
dmach@dcaclu.org
hweaver@aclu.org

*Attorneys for the plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically on this 7th day of October, 2015.  Parties may access this document through the Court's electronic system.  This document was also served on the following parties by first-class U.S. mail, postage pre-paid, on this 7th day of October, 2015.

Concord Community Schools
c/o Superintendent
59040 Minuteman Way
Elkhart, IN  46517

Warrick & Boyn, LLP
121 W. Franklin St., Ste. 400
Elkhart, IN  46516

                                                */s/ Gavin M. Rose*
                                                Gavin M. Rose
                                                Attorney at Law