(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Freedom From Religion Foundation, John Doe, Jack Doe

v.

Concord Community Schools

Cause No. 3:15-cv-463

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Freedom From Religion Foundation, John Doe, Jack Doe (Plaintiffs)

Party(s) Represented

Prefix (check one)  ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Mach    First Name: Daniel    Middle Name/Initial: I

Generation (Sr, Jr, etc):

Firm Name: American Civil Liberties Union Foundation

Street Address: 915 15th Street, NW    Suite/Room No.: 600

City: Washington    State: DC    Zip: 20005

Office Telephone No.: (202) 675-2330    Fax No.: (202) 546-0738

E-Mail Address: dmach@aclu.org

**EDUCATION:**

College: Princeton University    Degree: BA    Year Completed: 1992

Law School: New York University School of Law    Year Graduated: 1996

Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| DC | 1999 | Active | 461652 |
| New York | 1998 | Active | Reg. # is 2884401 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| See attached for full list | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Daniel I Mach, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/07/15

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____

_____
Judge, U. S. District Court

**DANIEL I. MACH FEDERAL COURT ADMISSIONS**

| COURT | YEAR ADMITTED | STATUS |
|---|---|---|
| United States Supreme Court | 2001 | Active |
| U.S. District Court for the District of Columbia | 1999 | Active |
| U.S. District Court for the Eastern District of Michigan | 2013 | Active |
| U.S. District Court for the Western District of Michigan | 2014 | Active |
| First Circuit Court of Appeals | 2009 | Active |
| Third Circuit Court of Appeals | 2003 | Active |
| Fourth Circuit Court of Appeals | 2003 | Active |
| Fifth Circuit Court of Appeals | 2008 | Active |
| Sixth Circuit Court of Appeals | 2001 | Active |
| Seventh Circuit Court of Appeals | 2009 | Active |
| Eighth Circuit Court of Appeals | 2006 | Active |
| Ninth Circuit Court of Appeals | 2004 | Active |
| Tenth Circuit Court of Appeals | 2006 | Active |
| Eleventh Circuit Court of Appeals | 2007 | Active |
| U.S. Court of Appeals for Veterans Claims | 2006 | Active |
| U.S. Court of Appeals for the District of Columbia | 1999 | Active |

# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D.C. 20543



# DANIEL MACH
# OF WASHINGTON, DC

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the sixteenth day of April, in the year two thousand and one, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this second day of October 2015.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## DANIEL MACH

was on **JANUARY 8, 1999** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **September 1, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Daniel Irwin Mach

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **17th day of March, 1998**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **17th day of August, 2015**.



*Robert D. Mayberger*
Clerk