(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Freedom From Religion Foundation, John Doe, Jack Doe

v.

Concord Community Schools

Cause No. 3:15-cv-463

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Freedom From Religion Foundation, John Doe, Jack Doe (Plaintiffs)

Party(s) Represented

Prefix (check one)  ☐ Mr.   ☒ Ms.   ☐ Mrs.

Last Name: Weaver   First Name: Heather   Middle Name/Initial: L

Generation (Sr, Jr, etc):

Firm Name: American Civil Liberties Union Foundation

Street Address: 915 15th Street NW   Suite/Room No.: 600

City: Washington   State: DC   Zip: 20005

Office Telephone No.: (202) 675-2330   Fax No.: (202) 546-0738

E-Mail Address: hweaver@aclu.org

## EDUCATION:

College: Dickinson College   Degree: BA   Year Completed: 1999

Law School: University of California at Berkeley (Boalt Hall)   Year Graduated: 2003

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| DC | 2005 | Active | 495582 |
| California | 2003 | Active | 226853 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| See attached for full list | | |
| | | |
| | | |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Heather L. Weaver, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/07/15

_[signature]_
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____

_____
Judge, U. S. District Court

**HEATHER L. WEAVER FEDERAL COURT ADMISSIONS**

| COURT | YEAR ADMITTED | STATUS |
|---|---|---|
| United States Supreme Court | 2007 | Active |
| U.S. District Court for the Northern District of California | 2004 | Active |
| U.S. District Court for the Eastern District of California | 2006 | Active |
| U.S. District Court for the Central District of California | 2005 | Active |
| U.S. District Court for the Northern District of Florida | 2008 | Active |
| U.S. District Court for the District of Columbia | 2014 | Active |
| First Circuit Court of Appeals | 2012 | Active |
| Fourth Circuit Court of Appeals | 2015 | Active |
| Sixth Circuit Court of Appeals | 2015 | Active |
| Ninth Circuit Court of Appeals | 2004 | Active |
| Tenth Circuit Court of Appeals | 2011 | Active |
| Eleventh Circuit Court of Appeals | 2010 | Inactive |

# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D.C. 20543



# HEATHER LYNN WEAVER
# OF WASHINGTON, DC

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the twenty-eighth day of February, in the year two thousand and seven, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this second day of October 2015.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### HEATHER L. WEAVER

was on **DECEMBER 12, 2005** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **September 1, 2015**.*

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 30, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HEATHER LYNN WEAVER, #226853 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2003; that from the date of admission to February 5, 2007, she was an ACTIVE member of the State Bar of California; that on February 5, 2007, she transferred at her request to the INACTIVE status; that from that date to July 20, 2012, she was an INACTIVE member of the State Bar of California; that on July 20, 2012, she transferred at her request to the ACTIVE status; that she has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records