(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

Freedom From Religion Foundation, John Doe, Jack Doe

v.

Cause No. | 3:15-cv-463

Concord Community Schools

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Freedom From Religion Foundation, John Doe, Jack Doe (Plaintiffs)

Party(s) Represented

Prefix (check one) ☐ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Mach   First Name: Daniel   Middle Name/Initial I

Generation (Sr, Jr, etc):

Firm Name: American Civil Liberties Union Foundation

Street Address: 915 15th Street, NW   Suite/Room No.: 600

City: Washington   State: DC   Zip: 20005

Office Telephone No.: (202) 675-2330   Fax No.: (202) 546-0738

E-Mail Address: dmach@aclu.org

**EDUCATION:**

College: Princeton University   Degree: BA   Year Completed: 1992

Law School: New York University School of Law   Year Graduated: 1996

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|-------|---------------|----------------|------------------|
| DC | 1999 | Active | 461652 |
| New York | 1998 | Active | Reg. # is 2884401 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|-------|---------------|----------------|
| See attached for full list | | |
| | | |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an  explanation)   ☒ No

Applicant: I, _____ Daniel I Mach _____ , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: _____ 10/07/15 _____          _____
                                          Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____10/13/2015_____          s/Christopher A Nuechterlein
                                          Judge, U. S. District Court

Revised 06/05/2013