| | |
|---|---|
| RECEIPT NO. | (COURT USE ONLY) |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Freedom From Religion Foundation, John Doe, Jack Doe

v.

Concord Community Schools

Cause No. 3:15-cv-463

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Freedom From Religion Foundation, John Doe, Jack Doe (Plaintiffs)

Party(s) Represented

Prefix (check one): ☐ Mr.  ☒ Ms.  ☐ Mrs.

- **Last Name:** Weaver
- **First Name:** Heather
- **Middle Name/Initial:** L
- **Generation (Sr, Jr, etc):**

- **Firm Name:** American Civil Liberties Union Foundation
- **Street Address:** 915 15th Street NW
- **Suite/Room No.:** 600
- **City:** Washington
- **State:** DC
- **Zip:** 20005
- **Office Telephone No.:** (202) 675-2330
- **Fax No.:** (202) 546-0738
- **E-Mail Address:** hweaver@aclu.org

**EDUCATION:**

- **College:** Dickinson College
- **Degree:** BA
- **Year Completed:** 1999
- **Law School:** University of California at Berkeley (Boalt Hall)
- **Year Graduated:** 2003
- **Other Post-Graduate Schooling:**

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| DC | 2005 | Active | 495582 |
| California | 2003 | Active | 226853 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| See attached for full list | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Heather L. Weaver, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/07/15

*Signature of Applicant*

Considered and approved.

SO ORDERED.

Dated:   10/13/2015                                         s/Christopher A Nuechterlein
                                                                       Judge, U. S. District Court