IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Cause No. 3:15-CV-00463-JD-CAN |
| v. | ) ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendant. | ) |

## APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Defendant Concord Community Schools .

| October 19, 2015 | */s/ Thomas E. Wheeler* |
|---|---|
| **Date** | *Signature* |
| | Thomas E. Wheeler, #13800-49 |
| | **Print Name** |
| | FROST BROWN TODD LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961 |
| | **Address** |
| | Indianapolis   IN   46244-0961 |
| | **City       State       Zip Code** |
| | (317) 237-3800 |
| | **Phone Number** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of October, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Daniel I. Mach
Heather L. Weaver
American Civil Liberties Union
915 15th Street, NW, 6th Floor
Washington, DC  20005

Gavin M. Rose
ACLU of Indiana
1031 E. Washington Street
Indianapolis, IN  46202

*/s/Thomas E. Wheeler*
Thomas E. Wheeler, II

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
twheeler@fbtlaw.com

LR00264.0631345   4849-4227-4089v1