(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Freedom From Religion Foundation, John & Jack Doe

v.                                          Cause No.   3:15-cv-00463-JD-CAN

Concord Community Schools

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF**

Freedom From Religion Foundation, John Doe, and Jack Doe

Party(s) Represented

Prefix (check one)  ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Grover   First Name: Samuel   Middle Name/Initial: T

Generation (Sr, Jr, etc):

Firm Name: Freedom From Religion Foundation
Street Address: 10 North Henry Street    Suite/Room No.:
City: Madison    State: WI    Zip: 53701
Office Telephone No.: 608-256-8900    Fax No.:
E-Mail Address: sgrover@ffrf.org

**EDUCATION:**

College: Wesleyan University   Degree: B.A.   Year Completed: 2008
Law School: Boston University   Year Graduated: 2012
Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| WI | 2014 | active | 1096047 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
|  |  |  |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Samuel T. Grover, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/13/15

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____

_____
Judge, U. S. District Court

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK

110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Diane M. Fremgen
Clerk

## CERTIFICATE OF GOOD STANDING

I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### SAMUEL GROVER

was admitted to practice as an attorney within this state on April 10, 2014 and is presently in good standing in this court.

Dated: October 15, 2015

DIANE M. FREMGEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing