IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, JOHN DOE, and JACK DOE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:15-cv-00463-JD-CAN ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendant. | ) ) |

### NOTICE OF MANUAL FILING

**COME NOW** Plaintiffs, by their counsel, and notify the Court and all other parties that Exhibit 1 to the plaintiffs' Motion for Preliminary Injunction is a CD that is being manually filed with the Court contemporaneously with the filing of the Motion for Preliminary Injunction, and will be maintained in the case file in the Clerk's office. This notice and the accompanying CD are being served on all parties by first-class U.S. mail.

**WHEREFORE,** the plaintiffs respectfully notify the Court Court and all other parties that Exhibit 1 to the plaintiffs' Motion for Preliminary Injunction is a CD that is being manually filed as described above, and request all proper relief.

1

*/s/ Gavin M. Rose*
Gavin M. Rose,
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org

Sam Grover
*Motion for admission pro hac vice pending*
Ryan Jayne
*Motion for admission pro hac vice to be filed*
FREEDOM FROM RELIGION FOUNDATION
P.O. Box 750
Madison, WI 53701
608/256-8900
fax: 608/204-0422
sgrover@ffrf.org
rjayne@ffrf.org

Daniel Mach, *Pro Hac Vice*
Heather L. Weaver, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W., Ste. 600
Washington, D.C. 20005
202/675-2330
fax: 202/546-0738
dmach@dcaclu.org
hweaver@aclu.org

*Attorneys for the plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically on this 22nd day of October, 2015.  Parties may access this document through the Court's electronic system, and the following persons will be served with this document by operation of the Court's electronic system.  This document was also served, along with the described CD, on the following parties by first-class U.S. mail, postage pre-paid, on this 22nd day of October, 2015.

>Thomas E. Wheeler, II
>Frost Brown Todd LLC
>201 N. Illinois St., Ste. 1900
>P.O. Box 44961
>Indianapolis, IN  46244-0961
><twheeler@fbtlaw.com>

*/s/ Gavin M. Rose*
Gavin M. Rose
**Attorney at Law**