RECEIPT NO. ☐ (COURT USE ONLY)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Freedom From Religion Foundation, John & Jack Doe

v.                                                                Cause No.   3:15-cv-00463-JD-CAN

Concord Community Schools

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF**

Freedom From Religion Foundation, John Doe, and Jack Doe

Party(s) Represented

Prefix (check one)  ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Grover          First Name: Samuel          Middle Name/Initial: T

Generation (Sr, Jr, etc):

Firm Name: Freedom From Religion Foundation

Street Address: 10 North Henry Street          Suite/Room No.:

City: Madison          State: WI          Zip: 53701

Office Telephone No.: 608-256-8900          Fax No.:

E-Mail Address: sgrover@ffrf.org

**EDUCATION:**

College: Wesleyan University          Degree: B.A.          Year Completed: 2008

Law School: Boston University          Year Graduated: 2012

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| WI | 2014 | active | 1096047 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
|  |  |  |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Samuel T. Grover, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/13/15

*Signature of Applicant*

Considered and approved.

SO ORDERED.

Dated: 10/22/2015

S/Christopher A Nuechterlein

Judge, U. S. District Court