# United States District Court
for the
Northern District of Indiana

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, JOHN DOE, and JACK DOE, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CONCORD COMMUNITY SCHOOLS, <br><br> *Defendant.* | Cause No: 3:15-cv-463 |

## SUMMONS IN A CIVIL ACTION

TO:

    Concord Community Schools
    c/o Superintendent
    59040 Minuteman Way
    Elkhart, IN  46517

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

                  Gavin M. Rose
                  ACLU of Indiana
                  1031 E. Washington St.
                  Indianapolis, IN 46202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   10/7/15                             Monica Clawson
                                                *Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: 3:15-cv-463

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Concord Comty Schs

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* CMRRR

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Concord Community Schools
c/o Superintendent
59040 Minuteman Way
Elkhart, IN 46517

9590 9403 0163 5120 9453 04

2. Article Number *(Transfer from service label)*
7008 1300 0000 2466 0957

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Vivian Bower     ☒ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
Michael Palmer   10-13-15
michAEL PALMER
10/15/2015

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

10-23-15
[signature]
Gavin M Rose
Staff Attorney
1031 E. Washington
Indianapolis, IN 4620[?]