# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Freedom From Religion Foundation

v.

Concord Community Schools

Cause No. 3:15-cv-00463-JD-CAN

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Freedom From Religion Foundation

Party(s) Represented

Prefix (check one) ☒ Mr.  ☐ Ms.  ☐ Mrs.

Last Name: Jayne
First Name: Ryan
Middle Name/Initial: D.
Generation (Sr, Jr, etc):

Firm Name: Freedom From Religion Foundation
Street Address: 10 N Henry St.
Suite/Room No.:
City: Madison
State: WI
Zip: 53701
Office Telephone No.: (608)256-8900
Fax No.:
E-Mail Address: ryan@ffrf.org

**EDUCATION:**

College: University of Wisconsin-Milwaukee
Degree: Philosophy
Year Completed: 2007

Law School: Lewis & Clark Law School
Year Graduated: 2015

Other Post-Graduate Schooling: None

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Wisconsin | 2015 | Active | 1101529 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Ryan Jayne, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/23/2015

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____                    _____
                                                  Judge, U. S. District Court

**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Diane M. Fremgen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

# CERTIFICATE OF GOOD STANDING

I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### RYAN D. JAYNE

was admitted to practice as an attorney within this state on September 29, 2015 and is presently in good standing in this court.

Dated: October 19, 2015

DIANE M. FREMGEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing