UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

Freedom From Religion Foundation

v.

Concord Community Schools

Cause No.: 3:15-cv-00463-JD-CAN

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF**

Freedom From Religion Foundation

Party(s) Represented

Prefix (check one): ☒ Mr.  ☐ Ms.  ☐ Mrs.

Last Name: Jayne
First Name: Ryan
Middle Name/Initial: D.
Generation (Sr, Jr, etc):

Firm Name: Freedom From Religion Foundation
Street Address: 10 N Henry St.
Suite/Room No.:
City: Madison
State: WI
Zip: 53701
Office Telephone No.: (608)256-8900
Fax No.:
E-Mail Address: ryan@ffrf.org

**EDUCATION:**

College: University of Wisconsin-Milwaukee  Degree: Philosophy  Year Completed: 2007
Law School: Lewis & Clark Law School  Year Graduated: 2015
Other Post-Graduate Schooling: None

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Wisconsin | 2015 | Active | 1101529 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, **Ryan Jayne**, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 10/23/2015

*[signature]*

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 10/26/2015

S/Christopher A Nuechterlein

Judge, U. S. District Court