UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) CAUSE NO. 3:15-CV-463-JD-CAN |
| v. | ) ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendants. | ) |

**ORDER**

On October 7, 2015, Plaintiffs filed their Motion to Proceed by Anonymous Name and Motion for Protective Order [Doc. No. 4]. Because counsel for Defendant did not enter his appearance until October 19, 2015, and because the parties are currently in the midst of briefing Plaintiffs' motion for preliminary injunction, the Court **EXTENDS** the deadlines for briefing Plaintiffs' pending motion to proceed anonymously. Defendant's response brief is due no later than **November 19, 2015**. Plaintiffs' reply brief is due no later than **November 26, 2015**.

**SO ORDERED.**

Dated this 3rd of November, 2015.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge