IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Cause No. 3:15-CV-00463-JD-CAN |
| v. | ) ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendant. | ) |

## APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Defendant Concord Community Schools .

| November 4, 2015 | */s/ Anthony W. Overholt* |
|---|---|
| **Date** | *Signature* |
| | Anthony W. Overholt, #16481-49 |
| | **Print Name** |
| | FROST BROWN TODD LLC |
| | 201 N. Illinois Street, Suite 1900 |
| | P.O. Box 44961 |
| | **Address** |
| | Indianapolis        IN         46244-0961 |
| | **City         State         Zip Code** |
| | (317) 237-3800 |
| | **Phone Number** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of November, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Daniel I. Mach
Heather L. Weaver
American Civil Liberties Union
915 15th Street, NW, 6th Floor
Washington, DC  20005

Gavin M. Rose
ACLU of Indiana
1031 E. Washington Street
Indianapolis, IN  46202

Ryan D. Jayne
Samuel T. Grover
Freedom From Religion Foundation
10 N. Henry Street
Madison, WI  53701

*/s/ Anthony W. Overholt*
Anthony W. Overholt

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com

LR00264.0631345   4828-7893-2522v1