IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No. 3:15-CV-00463-JD-CAN ) ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE
## BRIEF IN EXCESS OF FIFTEEN PAGES

Comes now the Defendant, the Concord Community Schools, by counsel, and pursuant to Rule 7.1(e) of the Local Rules for the United States District Court for the Northern District of Indiana, move the Court for leave to file a brief in excess of fifteen (15) pages. In support of this Motion the Defendant would show the Court as follows:

1. The disposition of cases such as this depend on a review of the context in which the alleged Establishment Clause violation has taken place. In the present case the Freedom From Religion Foundation's ("FFRF") recitation of the facts erroneously relies on what was performed during the 2014 Christmas Spectacular, and not on the program for the 2015 Christmas Spectacular. This error has required the School to provide and discuss the correct facts for the Court in its reply brief which requires additional pages beyond the fifteen page limit imposed under Local Rule 7.1(e)(1).

2. This case involves fairly complex Establishment Clause issues that require discussion and analysis under multiple legal theories: "Throughout the turbid history of Establishment Clause jurisprudence, the Supreme Court has announced no less than four

judicially crafted "tests" to analyze whether governmental action violates the Constitution." *Freedom from Religion Found., Inc. v. New Kensington-Arnold Sch. Dist.*, 919 F. Supp. 2d 648, 653 (W.D.Pa. 2013). An appropriate discussion of these theories, and those raised in the FFRF's initial brief require additional pages beyond the fifteen page limit imposed under Local Rule 7.1(e)(1).

3. The proposed brief complies with the requirements of Local Rule 7.1(e)(2).

WHEREFORE, the Defendant, the Concord Community Schools, respectfully requests that the Court grant them leave to file a brief in excess of fifteen (15) pages and for all other just and proper relief in the premises.

        FROST BROWN TODD LLC

        By: */s/Thomas E. Wheeler*
            Thomas E. Wheeler, II, #13800-49
            Anthony W. Overholt, #16481-49

            Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of November, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Daniel I. Mach
Heather L. Weaver
American Civil Liberties Union
915 15th Street, NW, 6th Floor
Washington, DC  20005

Gavin M. Rose
ACLU of Indiana
1031 E. Washington Street
Indianapolis, IN  46202

Ryan D. Jayne
Samuel T. Grover
Freedom From Religion Foundation
10 N. Henry Street
Madison, WI  53701

                                            */s/Thomas E. Wheeler*
                                            Thomas E. Wheeler, II

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
twheeler@fbtlaw.com
aoverholt@fbtlaw.com

LR00264.0631345   4842-7380-1514v1