IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, JOHN DOE, and JACK DOE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:15-cv-00463-JD-CAN |
| CONCORD COMMUNITY SCHOOLS, | ) ) ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**COME NOW** Plaintiffs, by their counsel, and respectfully request a short extension of time, to and including November 16, 2015, within which to file their reply brief in support of their Motion for Preliminary Injunction. In support of this request, the plaintiffs state as follows:

1. On October 22, 2015, the plaintiffs filed their Motion for Preliminary Injunction (ECF No. 13). The defendant responded to that Motion on November 5, 2015 (ECF No. 26). Pursuant to this Court's Order of October 22, 2015, the plaintiffs reply brief is currently due on November 12, 2015 (ECF No. 17).

2. The plaintiffs intend to take a short Federal Rule 30(b)(6) deposition of the defendant prior to a hearing on their preliminary injunction request. Counsel for both parties have been in contact with each other and have scheduled that deposition for November 12, 2015.

3. In light of this scheduling, the plaintiffs are requested a short extension of time to file their reply brief in order to allow them to review the defendant's deposition testimony and to incorporate that testimony into their reply brief.

1

4.  Undersigned counsel has been authorized to represent that the defendant has no objection to this Motion.

**WHEREFORE,** the plaintiffs respectfully request a short extension of time, to and including November 16, 2015, within which to file their reply brief in support of their Motion for Preliminary Injunction, and request all other proper relief.

> */s/ Gavin M. Rose*
> Gavin M. Rose,
> ACLU OF INDIANA
> 1031 E. Washington St.
> Indianapolis, IN 46202
> 317/635-4059
> fax: 317/635-4105
> grose@aclu-in.org
>
> Sam Grover, *Pro Hac Vice*
> Ryan Jayne, *Pro Hac Vice*
> FREEDOM FROM RELIGION FOUNDATION
> P.O. Box 750
> Madison, WI 53701
> 608/256-8900
> fax: 608/204-0422
> sgrover@ffrf.org
> rjayne@ffrf.org
>
> Daniel Mach, *Pro Hac Vice*
> Heather L. Weaver, *Pro Hac Vice*
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> 915 15th Street, N.W., Ste. 600
> Washington, D.C. 20005
> 202/675-2330
> fax: 202/546-0738
> dmach@dcaclu.org
> hweaver@aclu.org
>
> *Attorneys for the plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically on this 8th day of November, 2015. Parties may access this document through the Court's electronic system. The following persons will be served with this filing by operation of the Court's electronic system:

Thomas E. Wheeler, II
<twheeler@fbtlaw.com>

Anthony W. Overholt
<aoverholt@fbtlaw.com>

                                      */s/ Gavin M. Rose*
                                      Gavin M. Rose
                                      Attorney at Law