IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, JOHN DOE and JACK DOE,<br>Plaintiffs,<br><br>v.<br><br>CONCORD COMMUNITY SCHOOLS,<br>Defendant. | Case No. 3:15-cv-00463 |

# APPEARANCE

To the Clerk of this court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(f), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for the Defendant, Concord Community Schools.

11/10/2015
Date

/s/ Timothy S. Shelly
Timothy S. Shelly (12006-20)
121 W. Franklin St., Ste. 400
Elkhart, IN 46516
(574) 294-7491
(574) 294-7284
tshelly@warrickandboyn.com

Certificate of Service

The undersigned hereby certifies service of the foregoing was sent electronically via the District Court Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 10th day of November, 2015:

| | |
|---|---|
| Christopher A. Nuechterlein: | nuechterlein_chambers@innd.uscourts.gov |
| Daniel I Mach: | dmach@aclu.org |
| Gavin M. Rose: | grose@aclu-in.org |
| Heather L. Weaver: | hweaver@aclu.org |
| Ryan D. Jayne: | ryan@ffrf.org |
| Samuel T. Grover: | sgrover@ffrf.org |
| Thomas E. Wheeler, II: | twheeler@fbtlaw.com |
| Anthony W. Overholt: | aoverholt@fbtlaw.com |

/s/ Timothy S. Shelly