IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al., | ) | CASE NO. 3:15-cv-463 JD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONCORD COMMUNITY SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO ATTEND HEARING TELEPHONICALLY

Comes now the Defendant, Concord Community Schools, by counsel, and respectfully requests leave of Court to attend the status conference scheduled for January 7, 2016 at 10:30 a.m. telephonically. Pursuant to the Court's November 30, 2015 Order, (D#38) counsel for Defendant represents to the Court that he practices outside of St. Joseph County, Indiana.

FROST BROWN TODD LLC

By: */s/Anthony W. Overholt*
Thomas E. Wheeler, II, #13800-49
Anthony W. Overholt 16481-49
Attorneys for Defendant Concord
Community Schools

## CERTIFICATE OF SERVICE

I hereby certify that on the 8nd day of December, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

| | |
|---|---|
| Daniel I. Mach<br>Heather L. Weaver<br>American Civil Liberties Union<br>915 15th Street, NW, 6th Floor<br>Washington, DC  20005 | Gavin M. Rose<br>ACLU of Indiana<br>1031 E. Washington Street<br>Indianapolis, IN  46202 |
| Ryan D. Jayne<br>Samuel T. Grover<br>Freedom From Religion Foundation<br>10 N. Henry Street<br>Madison, WI  53701 | Timothy S. Shelly<br>121 W. Franklin Street, Suite 400<br>Elkhart, IN  46516 |

                */s/ Anthony W. Overholt*
                Anthony W. Overholt

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
twheeler@fbtlaw.com
aoverholt@fbtlaw.com