IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, JOHN DOE, and JACK DOE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   No. 3:15-cv-00463-JD-CAN ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendant. | ) ) |

## REPORT OF PARTIES' PLANNING MEETING

**Note: This Court entered a preliminary injunction on December 2, 2015 (ECF No. 40). The time for the defendant to appeal that order has not yet expired. In the event that an appeal is taken from that order, one or more of the parties may ask this Court to vacate any case management dates and to stay proceedings temporarily pending a decision from the Seventh Circuit.**

1. The parties conferred via electronic mail under Fed. R. Civ. P. 26(f) and agreed to this report on December 15, 2015. Gavin M. Rose participated for the plaintiff(s), and Anthony W. Overholt participated for the defendant(s).

2. Jurisdiction.

    The court has jurisdiction under 28 U.S.C. § 1331. The parties agree that this Court has federal question jurisdiction based on an alleged violation of the First Amendment to the United States Constitution.

3. Pre-Discovery Disclosures.

    The parties will exchange, *but may not file*, Rule 26(a)(1) information by December 31, 2015.[1]

---

[1] The court encourages setting all deadlines on business days.

1

4. Discovery Plan.

   The parties propose the following discovery plan.

   Discovery will be needed on the following subjects: the allegations in the plaintiffs' complaint, and the defendant's annual Christmas Spectacular performance.

   Disclosure or discovery of electronically stored information should be handled as follows: The parties anticipate that discovery of such material will be minimal.  Unless otherwise agreed to by the parties or ordered by the Court, all such information will be produced in hard-copy or .pdf format.

   The last date to complete all discovery is July 1, 2016.

   Maximum of 30 interrogatories by each party to any other party.

   Maximum of 30 requests for admission by each party to any other party.

   Maximum of 10 depositions by plaintiff(s) and 10 by defendant(s).

   Each deposition is limited to a maximum of six hours unless extended by stipulation.

   The parties must disclose the identity of any Rule 26(a)(2) witness and the witness's written report (if applicable) by:

   February 26, 2016 for plaintiff(s);

   March 25, 2016 for defendant(s); and

   As available for Rule 26(e) supplements.

5. Other Items.

   The last date the plaintiff(s) may seek permission to join additional parties and to amend the pleadings is January 29, 2016.

   The last date the defendant(s) may seek permission to join additional parties and to amend the pleadings is February 26, 2016.

The time to file Rule 26(a)(3) pretrial disclosures will be governed by separate order.

The case should be ready for bench trial by <u>January 2017</u> and at this time is expected to take approximately two days.

6. Alternative Dispute Resolution.

The case's settlement prospects may be enhanced via the following ADR procedure:

N/A

Date: December 15, 2016

*For the plaintiffs:*

*/s/ Gavin M. Rose*
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN  46202

*For the defendant:*

*/s/ Anthony W. Overholt (with permission)*
Anthony W. Overholt
Frost Brown Todd LLC
201 North Illinois St., Ste. 1900
P.O. Box. 44961
Indianapolis, IN  46244-0961