IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION; JOHN DOE and JACK DOE; JOHN ROE; and JOHN NOE, <br><br> Plaintiffs, <br><br> v. <br><br> CONCORD COMMUNITY SCHOOLS, <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 3:15-cv-463-JD-CAN ) ) ) ) ) |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted to practice in this Court, and, having previously appeared in this case for plaintiffs Freedom From Religion Foundation, John Doe, and Jack Doe, I now appear in this case also as counsel for plaintiffs John Roe and John Noe.

February 7, 2016

*/s/ Gavin M. Rose*
Gavin M. Rose,
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org

*Attorney for the plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically on this 7th day of February, 2016.  Parties may access this document through the Court's electronic system.  The following persons will be served with this filing by operation of the Court's electronic system:

Thomas E. Wheeler, II
<twheeler@fbtlaw.com>

Anthony W. Overholt
<aoverholt@fbtlaw.com>

*/s/ Gavin M. Rose*
Gavin M. Rose
**Attorney at Law**