IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, *et al.*, </br></br>  Plaintiffs, </br></br>  v. </br></br> CONCORD COMMUNITY SCHOOLS, </br></br>  Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )   No. 3:15-cv-00463-JD-CAN </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF MANUAL FILING

**COME NOW** Plaintiffs, by their counsel, and notify the Court and all other parties that Exhibit 1 to the plaintiffs' Motion for Summary Judgment is a DVD that is being manually filed with the Court contemporaneously with the filing of the Motion for Summary Judgment, and will be maintained in the case file in the Clerk's office. By agreement of the parties, this DVD is not being separately served on counsel for the defendant as it is already in their possession.

**WHEREFORE,** the plaintiffs respectfully notify the Court and all other parties that Exhibit 1 to the plaintiffs' Motion for Summary Judgment is a DVD that is being manually filed as described above, and request all proper relief.

*/s/ Gavin M. Rose*
Gavin M. Rose,
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org

Sam Grover, *Pro Hac Vice*
Ryan Jayne, *Pro Hac Vice*
FREEDOM FROM RELIGION FOUNDATION
P.O. Box 750
Madison, WI 53701
608/256-8900
fax: 608/204-0422
sgrover@ffrf.org
rjayne@ffrf.org

Daniel Mach, *Pro Hac Vice*
Heather L. Weaver, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W., Ste. 600
Washington, D.C. 20005
202/675-2330
fax: 202/546-0738
dmach@dcaclu.org
hweaver@aclu.org

*Attorneys for the plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing was filed electronically on this 29th day of April, 2016.  Parties may access this document through the Court's electronic system.  The following persons will be served with this filing by operation of the Court's electronic system:

  Thomas E. Wheeler, II
  <twheeler@fbtlaw.com>

  Anthony Overholt
  <aoverholt@fbtlaw.com>

          */s/ Gavin M. Rose*
          Gavin M. Rose
          Attorney at Law