IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Cause No. 3:15-CV-00463-JD-CAN |
| v. | ) ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR A ONE DAY EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT**

Comes now the Defendant, the Concord Community Schools, by counsel, and for its motion for a one-day extension of time to file their reply in support of its Motion for Summary Judgment, state:

1. Pursuant to this Court's April 14, 2016 Order, Defendant's reply in support of their Motion for Summary Judgment is due on or before Friday, July 1, 2016.

2. On Monday, June 27, 2016, the undersigned counsel was involved in a bicycle accident, resulting in a dislocated shoulder, which will require him to be off work for a couple of days.

3. Anthony Overholt, co-counsel for the Defendants, is departing on an out-of-state family vacation on June 29, 2016, returning July 7, 2016.

4. Counsel of record for the Plaintiff could not be reached, however, in an e-mail dated June 28, 2016, Kenneth J. Falk, Legal Director for the ACLU of Indiana indicated no objection to this brief extension of time.

WHEREFORE, Defendant respectfully requests a one-day extension of time, to and including July 5, 2016, within which to file its reply in support of its Motion for Summary

Judgment and for all other just and proper relief in the premises.

>FROST BROWN TODD LLC
>
>By: */s/Thomas E. Wheeler*
>Thomas E. Wheeler, II, #13800-49
>Anthony W. Overholt, #16481-49
>
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of June, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| | |
|---|---|
| Daniel I. Mach<br>Heather L. Weaver<br>American Civil Liberties Union<br>915 15th Street, NW, 6th Floor<br>Washington, DC  20005 | Gavin M. Rose<br>ACLU of Indiana<br>1031 E. Washington Street<br>Indianapolis, IN  46202 |
| Ryan D. Jayne<br>Samuel T. Grover<br>Freedom From Religion Foundation<br>10 N. Henry Street<br>Madison, WI  53701 | Timothy S. Shelly<br>121 W. Franklin Street, Suite 400<br>Elkhart, IN  46516 |

>*/s/Thomas E. Wheeler*
>Thomas E. Wheeler, II

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
twheeler@fbtlaw.com
aoverholt@fbtlaw.com

LR00264.0631345  4829-7096-3508v1