IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Cause No. 3:15-CV-00463-JD-CAN |
| v. | ) ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Thomas E. Wheeler, II, counsel for the Defendant, the Concord Community Schools, hereby moves for leave to withdraw his appearance. Anthony W. Overholt of the law firm Frost Brown Todd LLC will remain as counsel of record for the Defendant.

FROST BROWN TODD LLC

By: */s/Thomas E. Wheeler*
Thomas E. Wheeler, II, #13800-49
Anthony W. Overholt, #16481-49

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of January, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Daniel I. Mach
Heather L. Weaver
American Civil Liberties Union
915 15th Street, NW, 6th Floor
Washington, DC  20005

Gavin M. Rose
ACLU of Indiana
1031 E. Washington Street
Indianapolis, IN  46202

Ryan D. Jayne
Samuel T. Grover
Freedom From Religion Foundation
10 N. Henry Street
Madison, WI  53701

Timothy S. Shelly
121 W. Franklin Street, Suite 400
Elkhart, IN  46516

*/s/Thomas E. Wheeler*
Thomas E. Wheeler, II

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
twheeler@fbtlaw.com
aoverholt@fbtlaw.com

LR00264.0631345   4823-2524-1408v1