AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FREEDOM FROM RELIGION
FOUNDATION; JOHN DOE;
JACK DOE; JOHN ROE; and
JOHN NOE,
            Plaintiffs

           v.                            **Civil Action No. 3:15-CV-463  JD**

CONCORD COMMUNITY
SCHOOLS,
            Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: Judgment is entered in favor of Defendant Concord Community Schools and against Plaintiffs Freedom From Religion Foundation, John Doe, Jack Doe, John Roe and John Noe in that Defendant did not violate the Establishment Clause as to the 2015 show. Judgment entered in favor of Plaintiffs Freedom From Religion Foundation, John Doe, Jack Doe, John Roe and John Noe and against Defendant Concord Community Schools in that Defendant violated the Establishment Clause as to the 2014 and proposed 2015 shows. Nominal damages are AWARDED in the amounts of Seven Dollars ($7.00) to Plaintiff Jack Doe; One Dollar ($1.00) to Plaintiff John Doe; One Dollar ($1.00) to Plaintiff John Roe; and One Dollar ($1.00) to Plaintiff Freedom From Religion Foundation.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

 _X_  decided  by Judge              Jon E. DeGuilio              on Motions      for Summary Judgment.

DATE:        March 7, 2017                ROBERT N. TRGOVICH, CLERK OF COURT

                                          By      s/C. Reed
                                              *Signature of Clerk or Deputy Clerk*