IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No. 3:15-CV-00463-JD-CAN ) ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendant. | ) |

## NOTICE OF CROSS APPEAL

By this Notice, Defendant Concord Community Schools appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order (Document 70) and Final Judgment (Document 71), dated March 7, 2017.

FROST BROWN TODD LLC

By: */s/Anthony W. Overholt*
Anthony W. Overholt, #16481-49

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of March, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

Daniel I. Mach  
Heather L. Weaver  
American Civil Liberties Union  
915 15th Street, NW, 6th Floor  
Washington, DC  20005  

Gavin M. Rose  
ACLU of Indiana  
1031 E. Washington Street  
Indianapolis, IN  46202  

Ryan D. Jayne  
Samuel T. Grover  
Freedom From Religion Foundation  
10 N. Henry Street  
Madison, WI  53701  

Timothy S. Shelly  
121 W. Franklin Street, Suite 400  
Elkhart, IN  46516  

*/s/Anthony W. Overholt*
Anthony W. Overholt

FROST BROWN TODD LLC  
201 North Illinois Street, Suite 1900  
P.O. Box 44961  
Indianapolis, IN  46244-0961  
317-237-3800  
Fax: 317-237-3900  
aoverholt@fbtlaw.com  

LR00264.0631345   4831-5113-9626v1