# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 3, 2017

**To:** Robert N. Trgovich
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 17-1683
>
> Caption:
> FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, et al.,
> Plaintiffs - Appellees
>
> v.
>
> CONCORD COMMUNITY SCHOOLS,
> Defendant - Appellant

> District Court No: 3:15-cv-00463-JD
> District Judge Jon E. DeGuilio
> Clerk/Agency Rep Robert N. Trgovich
>
> Date NOA filed in District Court: 03/31/2017

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)