Case: 17-1591　　Document: 38　　Filed: 09/12/2017　　Pages: 2

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

September 12, 2017

| | |
|---|---|
| No. 17-1591 | FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CONCORD COMMUNITY SCHOOLS,<br> Defendant - Appellee |
| No. 17-1683 | FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>CONCORD COMMUNITY SCHOOLS,<br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:15-cv-00463-JD<br>Northern District of Indiana, South Bend Division<br>District Judge Jon E. DeGuilio | |
| **Originating Case Information:** | |
| District Court No: 3:15-cv-00463-JD<br>Northern District of Indiana, South Bend Division<br>District Judge Jon E. DeGuilio<br>Clerk/Agency Rep Robert N. Trgovich | |

Pursuant to Circuit Rule 11(b), the record is to be transmitted to this court immediately for use in the decision in the above named cause. Do not send the Exhibits unless the court specifically requests them.

form name: **c7_NoticeTransROA**(form ID: **116**)