# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Robert N. Trgovich, Clerk**                                                      www.innd.uscourts.gov

September 15, 2017

**RECORD TRANSMITTAL LETTER**

Gino J. Agnello, Clerk
United States Court of Appeals, 7th Circuit
219 South Dearborn Street, Room 2722
Chicago, IL 60604

Re: Freedom From Religion Foundation Inc et al v. Concord Community Schools
District Court Docket # 3:15-cv-463
U.S. Court of Appeals # 17-1683 and 17-1591

Dear Mr. Agnello:

    I am sending you herewith the Supplemental Record on Appeal. It consists of the following:

    Volume(s) of Pleadings
    Volume(s) of Transcripts
    Volume(s) of State Court Records
    Volume(s) of Depositions

Exhibits:
Impounded Documents/PSI Reports:
Other (specify): (2) manual pleadings: DE 53 and DE 14 shipped via UPS

    Please acknowledge receipt of the above-listed materials on the attached copy of this letter.

                                Sincerely,

                                ROBERT N. TRGOVICH, CLERK

                                By: s/ N. Eddy
                                     Deputy Clerk

Date Received:_____   By:_____

Reply to: South Bend Office

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • Room 105 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6314