17-1591 Freedom From Religion Foundati , et al v. Concord Community Schools "Original Record on Appeal filed " (3:15-cv-00463-JD)
CA07_CMECFMail   to: RecordRequest_INND                                    09/15/2017 09:45 AM

| | |
|---|---|
| From: | CA07_CMECFMail@ca7.uscourts.gov |
| To: | RecordRequest_INND@innd.uscourts.gov |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 09/15/2017 at 8:45:41 AM CDT and filed on 09/15/2017

**Case Name:** Freedom From Religion Foundati, et al v. Concord Community Schools

**Case Number:** 17-1591

**Document(s):** Document(s)

**Docket Text:**
Original record on appeal filed electronically. Contents of record : 9 vol. of pleadings. [39] [6869288] [17-1591, 17-1683] (SK)

**Notice will be electronically mailed to:**

Mr. Steven W. Fitschen, Attorney
Samuel Troxell Grover, Attorney
Mr. Ryan Jayne, Attorney
Daniel Mach, Attorney
Mr. Anthony W. Overholt, Attorney
Mr. Gavin M. Rose, Attorney
Timothy S. Shelly, Attorney
Robert N. Trgovich, Clerk of Court
Ms. Heather L. Weaver, Attorney


The following document(s) are associated with this transaction:
**Document Description:** transmittal letter
**Original Filename:** SeventhCircuitRecordTransmittalLetter.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-0]
[040bb0b36ddb548b3952714f193dfb39e22fb9eb741645d525b97ebd610a9ece5bedf3a8d307f203
18a770cd2648577e4b46914c68c488ff556dfc1c8a475257]]

**Document Description:** pldg1doc1-13
**Original Filename:** 17-1591 17-1683 Pldgs 1 Docs 1-13.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-1]
[3ef3dd685de733be6987a6f9e107fff517e8a83fea8c2e27174a77b42a8484cc846b77f08f41cc9b9
8a1e0fe8884df0010a7ccbd07704022ec82442188e16e9c]]

**Document Description:** pldg2doc14-32
**Original Filename:** 17-1591 17-1683 Pldgs 2 Docs 14-32.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-2]
[041e6f90e252d8ca324191930c3b0d59a6838b168aebfcae2b5d231c9b253fd9423551b83bcce47c
9db141c79791656f39eef4b73eec60bc418797a7d109e834]]

**Document Description:** pldg3doc33 to 33-3
**Original Filename:** 17-1591 17-1683 Pldgs 3 Docs 33 to 33-3.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-3]
[6fccc66b706c10ecc95950ecc60b7bcf7bbd893600f8b20d9e2546ae7fc5f430c945db863665480ec
9c60c9610d2ae7367fd70470046089d3e0e811b76a6bf70]]

**Document Description:** pldg4doc33-4 to 34
**Original Filename:** 17-1591 17-1683 Pldgs 4 Docs 33-4 to 34.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-4]
[83e6cc585502d915319310a082491f88999a27a2ccba4d32019b36824c6fe0b16f8bbf071746a473
68fd1eea71ca003a216efcb92d8292a0321fc75876d6c1cf]]

**Document Description:** pldg5 doc35-1 to 35-3
**Original Filename:** 17-1591 17-1683 Pldgs 5 Docs 35-1 to 35-3.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-5]
[168c65aefba185fc76dfcc21bde8e98befd6ad77315a410e08e872e0100d9a2c25149df86c897f301
ea60ea876dbf99ef26a1d632d563b05a14a1952186b2b05]]

**Document Description:** pldg6doc35-4 to 35-13
**Original Filename:** 17-1591 17-1683 Pldgs 6 Docs 35-4 to 35-13.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-6]
[5e6c313f00b1ab393832c347b013a3c9fbd7712bf95aba116a43a95b2df149b714dfb0a287056ba3
f56b46321da26d4038390d782398cfe6cee5bb8ceb942994]]

**Document Description:** pldg7doc36
**Original Filename:** 17-1591 17-1683 Pldgs 7 Docs 36.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-7]
[01afcf469a019e1eb79bc529bbd89313ec22c75e2c5210becd18e4bfd3eba38f1fc458c7605dea2db
bcc7abd422af724c91e0f73c67f19ffd679a16003ca64ff]]

**Document Description:** pldg8doc37-52
**Original Filename:** 17-1591 17-1683 Pldgs 8 Docs 37-52.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-8]
[4a21009953b33c3583c5fd7e3f6aefc72c3708f3945acdc70620d5556454ac507e098ed7022a6f03
49bcbb1820793f4d1e4abbbaf24ff65d234abdc07e8fb3e7]]

**Document Description:** pldg9doc53-82
**Original Filename:** 17-1591 17-1683 Pldgs 9 Docs 53-82.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869288-9]
[73e4e5396f187db6ef456919daefcd712404d1d73c1018622ecc473261eef90c5cbb3ecb0ff27f19a
cb5ea155d8071b0f1cb9329943447f78a81ab8648df01c6]]



**17-1591 Freedom From Religion Foundati , et al v. Concord Community Schools "Original Record on Appeal filed " (3:15-cv-00463-JD)**
**CA07_CMECFMail**   to: RecordRequest_INND                          09/15/2017 09:47 AM

| | |
|---|---|
| From: | CA07_CMECFMail@ca7.uscourts.gov |
| To: | RecordRequest_INND@innd.uscourts.gov |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 09/15/2017 at 8:47:04 AM CDT and filed on 09/15/2017

| | |
|---|---|
| **Case Name:** | Freedom From Religion Foundati, et al v. Concord Community Schools |
| **Case Number:** | 17-1591 |
| **Document(s):** | Document(s) |

**Docket Text:**
Original record on appeal filed electronically. Contents of record : 1 sealed document. [40] [6869289] [17-1591, 17-1683] (SK)

**Notice will be electronically mailed to:**

Mr. Steven W. Fitschen, Attorney
Samuel Troxell Grover, Attorney
Mr. Ryan Jayne, Attorney
Daniel Mach, Attorney
Mr. Anthony W. Overholt, Attorney
Mr. Gavin M. Rose, Attorney
Timothy S. Shelly, Attorney
Robert N. Trgovich, Clerk of Court
Ms. Heather L. Weaver, Attorney


The following document(s) are associated with this transaction:
**Document Description:** doc15
**Original Filename:** 17-1591 17-1683 Restricted Doc 15.pdf

**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105395651 [Date=09/15/2017] [FileNumber=6869289-0]
[806dd6320d595f5d723e1b7f8ac595dcd363af9f1e2aca8d4a91cc0eb34a60b8c88f50f64981af6a8
a96c67ea9a6cc8f182f9d17f3a8bf3ab920283c9365f456]]