# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 20, 2017

Before

MICHAEL S. KANNE, *Circuit Judge*

| Nos. 17-1683 & 17-1591 | FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, et al., Plaintiffs - Appellees, Cross-Appellants<br><br>v.<br><br>CONCORD COMMUNITY SCHOOLS, Defendant - Appellant Cross-Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:15-cv-00463-JD<br>Northern District of Indiana, South Bend Division<br>District Judge Jon E. DeGuilio<br>Clerk/Agency Rep Robert N. Trgovich ||

Upon consideration of the **VERIFIED MOTION TO RETURN DOCUMENT TO THE DISTRICT COURT OR, IN THE ALTERNATIVE, TO MAINTAIN DOCUMENT UNDER SEAL** , filed on September 19, 2017, by Attorney Gavin Rose,

**IT IS ORDERED** that Concord Community Schools shall file a response to plaintiffs' motion by October 2, 2017.

form name: **c7_Order_3J**(form ID: **177**)