

17-1683 Freedom From Religion Foundati , et al v. Concord Community Schools "Supplemental Record on Appeal filed " (3:15-cv-00463-JD)

CA07_CMECFMail   to: RecordRequest_INND   09/19/2017 11:18 AM

| From: | CA07_CMECFMail@ca7.uscourts.gov |
|---|---|
| To: | RecordRequest_INND@innd.uscourts.gov |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 09/19/2017 at 10:17:44 AM CDT and filed on 09/19/2017

| **Case Name:** | Freedom From Religion Foundati, et al v. Concord Community Schools |
|---|---|
| **Case Number:** | [17-1683](#) |
| **Document(s):** | [Document(s)](#) |

**Docket Text:**
Supplemental record on appeal filed. Contents of record : 2 copies of a CD of manual pleadings docket entry 53 and 2 copies of a CD of manual pleadings docket entry 14. [34] [6870039] [17-1683, 17-1591] (GW)

**Notice will be electronically mailed to:**

Mr. Steven W. Fitschen, Attorney
Samuel Troxell Grover, Attorney
Mr. Ryan Jayne, Attorney
Daniel Mach, Attorney
Mr. Anthony W. Overholt, Attorney
Mr. Gavin M. Rose, Attorney
Timothy S. Shelly, Attorney
Robert N. Trgovich, Clerk of Court
Ms. Heather L. Weaver, Attorney


The following document(s) are associated with this transaction:
**Document Description:** Transmittal letter

**Original Filename:** show_temp.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=09/19/2017] [FileNumber=6870039-0]
[ae738b2430f24d0e96207527d3cec6348e381ef9975742acd6811a4415c8e6754c6e2ce424f273b9
3ade42798bcc7b9e9e2e9de41e0f278d16d2f92b83ad65a2]]