# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 21, 2017

Before

MICHAEL S. KANNE, *Circuit Judge*

| Nox. 17-1683 and 17-1591 | FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, et al., Plaintiffs - Appellees Cross - Appellants <br><br> v. <br><br> CONCORD COMMUNITY SCHOOLS, Defendant - Appellant Cross - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:15-cv-00463-JD <br> Northern District of Indiana, South Bend Division <br> District Judge Jon E. DeGuilio ||

The following are before the court:

1. **VERIFIED MOTION TO RETURN DOCUMENT TO THE DISTRICT COURT OR, IN THE ALTERNATIVE, TO MAINTAIN DOCUMENT UNDER SEAL**, filed on September 19, 2017, by counsel for the plaintiffs.

Nos. 17-1683 and 17-1591                                                                                           Page 2

2.  **DEFENDANT-APPELLANT'S RESPONSE TO MOTION**, filed on September 21, 2017, by counsel for the defendant.

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall remove document 15 from this court's docket. The document shall be maintained under seal in the district court.

form name: **c7_Order_3J**(form ID: **177**)