# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

April 19, 2018

To:   Robert N. Trgovich
      UNITED STATES DISTRICT COURT
      Northern District of Indiana
      South Bend , IN 46601-0000

| | |
|---|---|
| No. 17-1683 | FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>CONCORD COMMUNITY SCHOOLS,<br> Defendant - Appellant |
| No. 17-1591 | FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CONCORD COMMUNITY SCHOOLS,<br> Defendant - Appellee |
| Originating Case Information: | |
| District Court No: 3:15-cv-00463-JD<br>Northern District of Indiana, South Bend Division<br>District Judge Jon E. DeGuilio | |
| Originating Case Information: | |
| District Court No: 3:15-cv-00463-JD<br>Northern District of Indiana, South Bend Division<br>District Judge Jon E. DeGuilio | |

Clerk/Agency Rep Robert N. Trgovich

The mandate or agency closing letter in this cause issued on April 12, 2018.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:        Entire record returned consisting of

Other (specify items):          4 CD,s containing pleadings

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:                                    Received by:

_____                   _____

form name: c7_Record_Return_toDC(form ID: 205)