IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:15-cv-00463-JD-CAN |
| CONCORD COMMUNITY SCHOOLS, | ) ) ) | |
| Defendant. | ) | |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
TO PETITION FOR ATTORNEYS' FEES AND COSTS**

**COME NOW** Plaintiffs, by their counsel, and respectfully request an extension of time, to and including July 2, 2018, to petition for an award of their attorneys' fees and costs in this cause. In support of this Motion, the plaintiffs state as follows:

1. On March 6, 2017, this Court entered its order granting in part and denying in part the plaintiffs' summary judgment motion (ECF No. 70). Final judgment was issued the next day. (ECF No. 71). The parties filed cross-appeals to the Seventh Circuit Court of Appeals, and this Court accordingly extended the deadline for the plaintiffs to seek their attorneys' fees and costs until 60 days after the finalization of the then-pending appeal.

2. On March 21, 2018, the Seventh Circuit affirmed this Court's summary judgment decision. Mandate was issued on April 12, 2018. The plaintiffs' fee petition is therefore due on or before June 11, 2018.

3. The plaintiffs believe that they are entitled to a portion of their attorneys' fees and costs in this case pursuant to 42 U.S.C. § 1988. However, they believe that an extension of time is appropriate in order to ensure that the parties have an adequate opportunity to negotiate a

1

proper award of fees and costs without the necessity of court intervention. The plaintiffs are therefore requesting an extension of time, to and including July 2, 2018, to petition for an award of their fees and costs.

4. Undersigned counsel has conferred with counsel for the defendant and has been authorized to represent that the defendant has no objection to this Motion.

**WHEREFORE,** the plaintiffs respectfully request an extension of time, to and including July 2, 2018, to petition for an award of their attorneys' fees and costs in this cause, and request all proper relief.

*/s/ Gavin M. Rose*
Gavin M. Rose,
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org

Sam Grover, *Pro Hac Vice*
Ryan Jayne, *Pro Hac Vice*
FREEDOM FROM RELIGION FOUNDATION
P.O. Box 750
Madison, WI 53701
608/256-8900
fax: 608/204-0422
sgrover@ffrf.org
rjayne@ffrf.org

Daniel Mach, *Pro Hac Vice*
Heather L. Weaver, *Pro Hac Vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W., Ste. 600
Washington, D.C. 20005
202/675-2330
fax: 202/546-0738
dmach@dcaclu.org
hweaver@aclu.org

*Attorneys for the plaintiffs*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing was filed electronically on this 21st day of May, 2018. Parties may access this document through the Court's electronic system. The following persons will be served with this filing by operation of the Court's electronic system:

  Anthony Overholt
  <aoverholt@fbtlaw.com>

        */s/ Gavin M. Rose*
        Gavin M. Rose
        Attorney at Law