IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:15-cv-00463-JD-CAN ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) ) |
| Defendant. | ) |

**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME
TO PETITION FOR ATTORNEYS' FEES AND COSTS**

**COME NOW** Plaintiffs, by their counsel, and respectfully request an extension of time, to and including August 1, 2018, to petition for an award of their attorneys' fees and costs in this cause. In support of this Motion, the plaintiffs state as follows:

1. On March 6, 2017, this Court entered its order granting in part and denying in part the plaintiffs' summary judgment motion (ECF No. 70). Final judgment was issued the next day. (ECF No. 71). The parties filed cross-appeals to the Seventh Circuit Court of Appeals, and this Court accordingly extended the deadline for the plaintiffs to seek their attorneys' fees and costs until 60 days after the finalization of the then-pending appeal.

2. On March 21, 2018, the Seventh Circuit affirmed this Court's summary judgment decision. Mandate was issued on April 12, 2018. Following an extension of time, the plaintiffs' fee petition is now due on or before July 2, 2018.

3. The plaintiffs believe that they are entitled to a portion of their attorneys' fees and costs in this case pursuant to 42 U.S.C. § 1988. However, they would like to ensure that they have a full opportunity to determine if the parties can negotiate a proper award of fees and costs

1

without the necessity of court intervention. To that end, they have submitted a proposal to the defendant and have received a counter-proposal in response, although the parties have not yet reached an agreement. Undersigned counsel believes that further negotiation is likely to prove beneficial, and the plaintiffs are therefore requesting an additional thirty-day extension of time, to and including August 1, 2018, to petition for an award of their fees and costs.

4. Undersigned counsel has conferred with counsel for the defendant and has been authorized to represent that the defendant has no objection to this Motion.

**WHEREFORE,** the plaintiffs respectfully request an extension of time, to and including August 1, 2018, to petition for an award of their attorneys' fees and costs in this cause, and request all proper relief.

>  */s/ Gavin M. Rose*
> Gavin M. Rose,
> ACLU OF INDIANA
> 1031 E. Washington St.
> Indianapolis, IN 46202
> 317/635-4059
> fax: 317/635-4105
> grose@aclu-in.org
>
> Sam Grover, *Pro Hac Vice*
> Ryan Jayne, *Pro Hac Vice*
> FREEDOM FROM RELIGION FOUNDATION
> P.O. Box 750
> Madison, WI 53701
> 608/256-8900
> fax: 608/204-0422
> sgrover@ffrf.org
> rjayne@ffrf.org
>
> Daniel Mach, *Pro Hac Vice*
> Heather L. Weaver, *Pro Hac Vice*
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> 915 15th Street, N.W., Ste. 600
> Washington, D.C. 20005

>202/675-2330
>fax: 202/546-0738
>dmach@dcaclu.org
>hweaver@aclu.org
>
>*Attorneys for the plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically on this 26th day of June, 2018. Parties may access this document through the Court's electronic system. The following persons will be served with this filing by operation of the Court's electronic system:

Anthony Overholt
<aoverholt@fbtlaw.com>

>*/s/ Gavin M. Rose*
>Gavin M. Rose
>Attorney at Law