IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:15-cv-00463-JD-CAN ) |
| CONCORD COMMUNITY SCHOOLS, | ) ) |
| Defendant. | ) ) |

**FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME
TO PETITION FOR ATTORNEYS' FEES AND COSTS**

**COME NOW** Plaintiffs, by their counsel, and respectfully request an extension of time, to and including October 1, 2018, to petition for an award of their attorneys' fees and costs in this cause. In support of this Motion, the plaintiffs state as follows:

1. On March 6, 2017, this Court entered its order granting in part and denying in part the plaintiffs' summary judgment motion (ECF No. 70). Final judgment was issued the next day. (ECF No. 71). The parties filed cross-appeals to the Seventh Circuit Court of Appeals, and this Court accordingly extended the deadline for the plaintiffs to seek their attorneys' fees and costs until 60 days after the finalization of the then-pending appeal.

2. On March 21, 2018, the Seventh Circuit affirmed this Court's summary judgment decision. Mandate was issued on April 12, 2018. Following multiple extensions of time, the plaintiffs' fee petition is now due on or before August 1, 2018.

3. The plaintiffs believe that they are entitled to a portion of their attorneys' fees and costs in this case pursuant to 42 U.S.C. § 1988. The parties have engaged in settlement negotiations regarding a proper award of fees and costs, and have reached an agreement in principle

1

concerning the amount of fees. However, they require additional time to finalize their agreement and to acquire necessary signatures.

4. The plaintiffs are therefore asking for a 60-day extension of time, to and including October 1, 2018, within which to petition for an award of their fees and costs. This period of time is requested out of an abundance of caution in order to obviate the need to request an additional extension of time. In the event that the parties finalize their argument in advance of this date, undersigned counsel will notify the Court.

5. Undersigned counsel has conferred with counsel for the defendant and has been authorized to represent that the defendant has no objection to this Motion.

**WHEREFORE,** the plaintiffs respectfully request an extension of time, to and including October 1, 2018, to petition for an award of their attorneys' fees and costs in this cause, and request all proper relief.

>  */s/ Gavin M. Rose*
>  Gavin M. Rose,
>  ACLU OF INDIANA
>  1031 E. Washington St.
>  Indianapolis, IN 46202
>  317/635-4059
>  fax: 317/635-4105
>  grose@aclu-in.org
>
>  Sam Grover, *Pro Hac Vice*
>  Ryan Jayne, *Pro Hac Vice*
>  FREEDOM FROM RELIGION FOUNDATION
>  P.O. Box 750
>  Madison, WI  53701
>  608/256-8900
>  fax: 608/204-0422
>  sgrover@ffrf.org
>  rjayne@ffrf.org
>
>  Daniel Mach, *Pro Hac Vice*
>  Heather L. Weaver, *Pro Hac Vice*
>  AMERICAN CIVIL LIBERTIES UNION FOUNDATION

915 15th Street, N.W., Ste. 600
Washington, D.C. 20005
202/675-2330
fax: 202/546-0738
dmach@dcaclu.org
hweaver@aclu.org

*Attorneys for the plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically on this 31st day of July, 2018.  Parties may access this document through the Court's electronic system.  The following persons will be served with this filing by operation of the Court's electronic system:

Anthony Overholt
<aoverholt@fbtlaw.com>

*/s/ Gavin M. Rose*
Gavin M. Rose
Attorney at Law